**FILED**
**DECEMBER 19, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7139**

| | |
|---|---|
| MS. LISA JONES, MR. TERRY BEASLEY, SR., MS. CHRISTINA BROOKS MR. MICHAEL D. BRYANT, MS. DOMINIQUE DAVIS, MR. STEVEN FORTHENBERRY, ROBERT M. HOSKINS, and MRS. DORA RED ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. Judge |
| v. ) ) | **JUDGE GOTTSCHALL** **MAGISTRATE JUDGE VALDEZ** |
| FIRST STUDENT, INCORPORATED, ) ) | Trial By Jury Demanded |
| Defendant. ) | |

**PLAINTIFFS' NOTICE OF FILING COMPLAINT**

TO:
Audrey S. Adams, Esq.
Labor Counsel
First Student, Inc.
705 Central Ave., ste. 300
Cincinnati, OH 45202

PLEASE TAKE NOTICE that on December 19, 2007 we filed electronically with the District Clerk for the Northern District of Illinois PLAINTIFFS' COMPLAINT and appearance form of Plaintiffs' attorney. Copies are available electronically.

                                                                          s/ Mitchell A. Kline
                                                                          Attorney for Plaintiff
                                                                          Law Office of Mitchell A. Kline
                                                                           203 N. LaSalle Street, Suite 2100
                                                                            Chicago, Illinois 60601
                                                                            Telephone: (312) 558-1454
                                                                            Fax: 312 346 9603
                                                                            E-mail:mitchellakline@aol.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on December 19, 2007, I electronically filed the foregoing notice and complaint with the Clerk of Court using the CM/ECF system, and mailed via U.S. mail these documents to the following:

Audrey S. Adams, Esq.
Labor Counsel
First Student, Inc.
705 Central Ave., ste. 300
Cincinnati, OH 45202

s/ Mitchell A. Kline
Attorney for Plaintiff
Law Office of Mitchell A. Kline
203 N. LaSalle Street, Suite 2100
Chicago, Illinois 60601
Telephone: (312) 558-1454
Fax: 312 346 9603
E-mail:mitchellakline@aol.com
