## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

MS. LISA JONES, et al.,  Plaintiffs,
    v.
FIRST STUDENT, INCORPORATED, Defendant.

Case Number: 07 C 7139

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

First Student, Inc.

| |
|---|
| NAME (Type or print)<br> Susan Lorenc |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  Susan Lorenc |
| FIRM<br> Thompson Coburn d/b/a Thompson Coburn Fagel Haber |
| STREET ADDRESS<br> 55 E. Monroe, 40th floor |
| CITY/STATE/ZIP<br> Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6278471 | TELEPHONE  NUMBER<br>(312) 580-2324 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐