IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA JONES, et al., | |
| Plaintiffs, | |
| v. | Case No.: 07 C 7139 |
| FIRST STUDENT, INCORPORATED | Judge Gottschall |
| Defendant. | Magistrate Judge Valdez |

# Defendant's FED.R.CIV.P. 7.1 Corporate Disclosure Statement

Pursuant to FED.R.CIV.P. 7.1, Defendant First Student, Inc. (incorrectly named in the Complaint as "First Student, Incorporated"), a nongovernmental corporate party, discloses:

1. First Group America, Inc. is the parent corporation of First Student, Inc.

2. FirstGroup, PLC, a publicly traded UK corporation, is the parent of FirstGroup America, Inc.

FIRST STUDENT, INC.

By: _s/ Arthur Sternberg_
    One of Its Attorneys

Arthur Sternberg
Thompson Coburn LLP dba Thompson Coburn Fagel Haber
55 E. Monroe, 40th Floor
Chicago, IL 60603
(312) 580-2235

4650669_1