## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Lisa Jones, et al.
                      Plaintiff,

v.                                    Case No.: 1:07−cv−07139
                                             Honorable Joan B. Gottschall

First Student, Incorporated
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Joan B. Gottschall :Status hearing held on 2/20/2008. Rule 26(a)(1) disclosures shall be exchanged by 3/5/2008. Lay discovery ordered closed by 8/18/2008. Status hearing set for 8/20/2008 at 09:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.