IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA JONES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST STUDENT, INCORPORATED, <br><br> Defendant. | 07 C 7139 <br><br> Judge Gottschall <br><br> Magistrate Judge Valdez |

## NOTICE OF MOTION

TO:  Mitchell A. Kline, Esq.
Law Office of Mitchell A. Kline
203 North LaSalle Street
Suite 2100
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on Thursday, July 3, 2008, at 9:30 a.m., I shall appear before the Honorable Judge Joan Gottschall, in Courtroom 2325, 219 S. Dearborn, Chicago, Illinois 60604, and present the attached **Agreed Motion for Entry of Agreed Protective Order**, a copy of which is hereby served on you.

FIRST STUDENT, INC.

By: _s/ Susan Lorenc_
    One of Its Attorneys

Arthur Sternberg, Esq. (#3122407)
Susan Lorenc, Esq. (#6278471)
Thompson Coburn LLP
  dba Thompson Coburn Fagel Haber
55 E. Monroe, 40th Floor
Chicago, IL 60603
(312) 580-2235

## **CERTIFICATE OF SERVICE**

Susan Lorenc, an attorney, certify under penalty of perjury as provided under 28 U.S.C. § 1746 that I filed the foregoing **Agreed Motion for Entry of Agreed Protective Order** with the Clerk of the United States District Court on June 25, 2008, using the CM/ECF system which will send notification to each party listed above.

s/ Susan Lorenc

4760761_1