

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7139 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Lisa Jones, et al vs. First Student, Inc. | | |

**DOCKET ENTRY TEXT**

Agreed motion for entry of agreed protective order [13] is granted. Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUL -7 PM 12: 05
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|