IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MS. LISA JONES, MR. TERRY | ) | |
| BEASLEY, SR., MS. CHRISTINA | ) | |
| BROOKS MR. MICHAEL D. BRYANT, | ) | |
| MS. DOMINIQUE DAVIS, MR. STEVEN | ) | |
| FORTHENBERRY, ROBERT M. | ) | |
| HOSKINS, and MRS. DORA RED | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07 cv 7139 |
| | ) | Judge Joan B. Gottschall |
| v. | ) | Magistrate Judge Maria Valdez |
| | ) | |
| v. | ) | |
| FIRST STUDENT, INCORPORATED, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO ENLARGE DISCOVERY PERIOD SIXTY DAYS**

The Plaintiffs, MS. LISA JONES, MR. TERRY BEASLEY, SR., MS.

CHRISTINABROOKS MR. MICHAEL D. BRYANT, MS. DOMINIQUE DAVIS, MR.

STEVEN FORTHENBERRY, ROBERT M. HOSKINS, and MRS. DORA RED, by their

attorney, Mitchell Kline, move to enlarge the discovery period, and in support thereof states as

follows:

1.    Lay discovery has been ordered by the Court to be closed by August 18, 2008.

2.    During this discovery period eleven written discovery has been exchanged and

eleven depositions have been conducted, including each of the eight Plaintiffs.

3.    After three of Defendant's witnesses were deposed, Plaintiff's attorney realized

that a supplemental request to produce documents was needed and it was served upon

Defendant's counsel on August 9, 2008. Exhibit one, Plaintiff's supplemental request to

produce documents.

4.     Plaintiff's attorney has contacted a process server to serve Mr. Terry Kegley with a subpoena for his deposition; Mr. Kegley  supervised all of the  Plaintiffs during the time of all of the allegations in their Complaint and he now lives in Texas; and the subpoena states that his deposition will take place on September 15, 2008.   Exhibit two, Mr. Kegley's subpoena.

WHEREFORE Plaintiffs  respectfully request that their  motion to enlarge the lay discovery period sixty days be granted because the supplemental requests and deposition of Mr. Kegley are critical for Plaintiffs to attempt to prove their case, this is the first request for an enlargement, and a trial date has not been set.

Respectfully submitted,

s/ Mitchell A. Kline
Attorney for Plaintiff
Law Office of Mitchell A. Kline
203 N. LaSalle Street, Suite 2100
Chicago, Illinois 60601
Telephone: (312) 558-1454
Fax: 312 346 9603
E-mail:mitchellakline@aol.com