IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MS. LISA JONES, MR. TERRY BEASLEY, SR., MS. CHRISTINA BROOKS MR. MICHAEL D. BRYANT, MS. DOMINIQUE DAVIS, MR. STEVEN FORTHENBERRY, ROBERT M. HOSKINS, and MRS. DORA RED | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 cv 7139 Judge Joan B. Gottschall |
| v. | ) ) | Magistrate Judge Maria Valdez |
| v. FIRST STUDENT, INCORPORATED, Defendant. | ) ) ) ) | |

CERTIFICATE OF SERVICE

The undersigned certifies that PLAINTIFFS' SUPPLEMENTAL REQUEST TO PRODUCE DOCUMENTS were served upon the following via email on August 9, 2008:

Arthur Sternberg
Susan M Lorenc
Emily Louise Peel
Thompson Coburn dlb/a Thompson Coburn Fagel Haber
55 E. Monroe, 40th floor
Chicago, IL 60603
 (312) 580-2234
asternberg@tcfhlaw.com,
slorenc@fagelhaber.com,
epeel@tcfhlaw.com

                s/ Mitchell A. Kline
                Attorney for Plaintiff
                Law Office of Mitchell A. Kline
                203 N. LaSalle Street, Suite 2100
                Chicago, Illinois 60601

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MS. LISA JONES, MR. TERRY BEASLEY, SR., MS. CHRISTINA BROOKS MR. MICHAEL D. BRYANT, MS. DOMINIQUE DAVIS, MR. STEVEN FORTHENBERRY, ROBERT M. HOSKINS, and MRS. DORA RED | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 cv 7139 Judge Joan B. Gottschall |
| v. | ) ) | Magistrate Judge Maria Valdez |
| v. FIRST STUDENT, INCORPORATED, Defendant. | ) ) ) | |

**PLAINTIFFS' SUPPLEMENTAL REQUEST TO PRODUCE DOCUMENTS TO DEFENDANTS**

Plaintiffs, by and through their attorney, Mitchell A. Kline, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure (FRCP), requests the production of the following documents within 30 days from the date of service hereof. In addition Plaintiffs request that Defendant indicate which documents have been produce in response to which request:

1. All pay checks and records of compensation for Dianna Chord from November 1, 2005 through February 28, 2006.

2. Any records or documents from 2006 showing the period of time Ms. Chord was not working as a bus driver because of her high blood pressure.

3. Any correspondence, including emails, or documents or notes, relating communication between the clinic to which Mr. Robert Hoskins went in 2006 to obtain his medical certificate to be allowed to drive a bus and anyone in management at First Student.

4. Any evidence or documentation showing when a firewall was placed on Mr. Terry Kegley's computer illustrating that he did not receive the email sent on November 9, 2005 to the following email address: Terry.Kegley@fs.firstgroupamerica.com

     5.  Any correspondence, including emails, or faxes, or documents or notes, relating to any communication between Mr. Ron Howard and Mr. Carey Pastor in February and March 2006.

     6.  Any correspondence, including emails, or faxes, or documents or notes, relating to any communication between Mr. Ron Howard and Mr. Kegley in February or March 2006 and February or March 2007.

     7.  Any documents showing the date the union was elected to represent bus drivers in Danville, Illinois.

     8.  Any documents showing the announcement and qualifications needed for safety coordinator for which Ms. Lisa Jones applied to replace Ms. Bertha Crist and the resume of the person selected.

     9.  Any documents showing the hours Mr. Ross worked training bus drivers between May 15, 2007 and September 15, 2007.

     10.  The last known home address and home phone number for each person who signed document, excluding Plaintiffs, produced by Plaintiffs, Bates number 146.

                                                        s/ Mitchell A. Kline
                                                         Attorney for Plaintiff
                                                         Law Office of Mitchell A. Kline
                                                         203 N. LaSalle Street, Suite 2100
                                                         Chicago, Illinois 60601