IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MS. LISA JONES, MR. TERRY BEASLEY, SR., MS. CHRISTINA BROOKS MR. MICHAEL D. BRYANT, MS. DOMINIQUE DAVIS, MR. STEVEN FORTHENBERRY, ROBERT M. HOSKINS, and MRS. DORA RED | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 cv 7139 Judge Joan B. Gottschall |
| v. | ) ) | Magistrate Judge Maria Valdez |
| v. FIRST STUDENT, INCORPORATED, Defendant. | ) ) ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

The Plaintiffs, MS. LISA JONES, MR. TERRY BEASLEY, SR., MS. CHRISTINABROOKS MR. MICHAEL D. BRYANT, MS. DOMINIQUE DAVIS, MR. STEVEN FORTHENBERRY, ROBERT M. HOSKINS, and MRS. DORA RED, by their attorney, Mitchell Kline, move for leave to file amended complaint, and in support thereof state as follows:

1. This is the first time Plaintiffs have sought leave to amend their complaint.

2. A trial date has not been set in this case.

3. The amended complaint adds only one count, retaliation, to the original complaint. Exhibit one, Amended Complaint.

4. When the Plaintiffs were deposed they were asked about the alleged facts in the amended complaint.

5. Several of the key facts in the amended complaint did not occur until after the

original complaint had been filed.

     WHEREFORE Plaintiffs respectfully request that their motion for leave to amend their complaint be granted.

                                   Respectfully submitted,

                                   <u>s/ Mitchell A. Kline</u>
                                   Attorney for Plaintiff
                                   Law Office of Mitchell A. Kline
                                   203 N. LaSalle Street, Suite 2100
                                   Chicago, Illinois 60601
                                   Telephone: (312) 558-1454
                                   Fax: 312 346 9603
                                   E-mail:mitchellakline@aol.com