IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MS. LISA JONES, MR. TERRY BEASLEY, SR., MS. CHRISTINA BROOKS MR. MICHAEL D. BRYANT, MS. DOMINIQUE DAVIS, MR. STEVEN FORTHENBERRY, ROBERT M. HOSKINS, and MRS. DORA RED | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 cv 7139 Judge Joan B. Gottschall |
| v. | ) ) | Magistrate Judge Maria Valdez |
| FIRST STUDENT, INCORPORATED, Defendant. | ) ) ) | |

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE
TO AMEND THEIR COMPLAINT**

TO:
Arthur Sternberg
Susan M Lorenc
Emily Louise Peel
Thompson Coburn dlb/a Thompson Coburn Fagel Haber
55 E. Monroe, 40th floor
Chicago, IL 60603
asternberg@tcfhlaw.com,
slorenc@fagelhaber.com,
epeel@tcfhlaw.com

    PLEASE TAKE NOTICE that on August 29, 2008 we filed electronically with the District Clerk for the Northern District of Illinois PLAINTIFF'S MOTION FOR LEAVE TO AMEND THEIR COMPLAINT. A copy is available electronically. Said motion has been set to be heard on September 4, 2008 at 9:30 a.m.

                                            s/ Mitchell A. Kline
                                            Attorney for Plaintiff
                                            Law Office of Mitchell A. Kline
                                            203 N. LaSalle Street, Suite 2100
                                            Chicago, Illinois 60601
                                            Telephone: (312) 558-1454
                                            Fax: 312 346 9603
                                            E-mail:mitchellakline@aol.com

## CERTIFICATE OF SERVICE

       The undersigned certifies that on August 29, 2008, I electronically filed the foregoing notice and motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Arthur Sternberg
Susan M Lorenc
Emily Louise Peel
Thompson Coburn dlb/a Thompson Coburn Fagel Haber
55 E. Monroe, 40th floor
Chicago, IL 60603
asternberg@tcfhlaw.com,
slorenc@fagelhaber.com,
epeel@tcfhlaw.com

                                             s/ Mitchell A. Kline
                                             Attorney for Plaintiff
                                             Law Office of Mitchell A. Kline
                                             203 N. LaSalle Street, Suite 2100
                                             Chicago, Illinois 60601
                                             Telephone: (312) 558-1454
                                             Fax: 312 346 9603
                                             E-mail:mitchellakline@aol.com