**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division**

Lisa Jones, et al.
                               Plaintiff,

v.                                                    Case No.: 1:07−cv−07139
                                                      Honorable Joan B. Gottschall

First Student, Incorporated
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

    MINUTE entry before the Honorable Joan B. Gottschall: Motion hearing held on 9/4/2008. Plaintiffs' motion for leave to amend their complaint is granted. Plaintiffs' motion to enlarge discovery period for sixty days is granted. Discovery deadline set for 11/4/2008. Dispositive motions due 12/4/2008. Response to dispositive motions due 1/5/2009. Reply due 1/19/2009.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.